[No. 54378-4-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *on behalf of* G.M.B., *Respondent*, v. TERRY EUGENE REESE, *Appellant*, AMBER LEE BROWNE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 00-5-02006-7, Joan B. Allison, J. Pro Tem., entered May 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54423-3-I.   Division One.   July 18, 2005.]

DANIEL LAWRENCE YOUNG, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01636-0, Thomas J. Wynne, J., entered June 9, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Kennedy, J., and Cook, J. Pro Tem.

[No. 54474-8-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FRANKLIN LEVIAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-01300-1, Gregory P. Canova, J., entered May 28, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 54678-3-I.   Division One.   July 18, 2005.]

GERALDINE ORKNEY, *Appellant*, v. RICHARD PECK ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06845-4, Kenneth L. Cowsert, J., entered June 29, 2005. *Reversed* by unpublished per curiam opinion.